No. ——. Original. *Ex parte:* IN THE MATTER OF DAVID LAMAR, PETITIONER. Submitted February 21, 1916. Decided February 28, 1916. Motion for leave to file petition for writ of mandamus herein and that a rule to show cause issue denied. It is further ordered that a writ of certiorari issue to the United States Circuit Court of Appeals for the Second Circuit to bring up the record in the case of *David Lamar, Plaintiff in Error,* v. *The United States. Mr. A. Leo Everett* for the petitioner.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF WALTER BRANDT, PETITIONER. Submitted February 21, 1916. Decided February 28, 1916. Motion for leave to file petition for writ of mandamus denied. *Mr. Frans E. Lindquist* for the petitioner.